IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated | § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-cv-00917-P |
| MARA DAY SPA, LLC | § § § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Kimberly Starling, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

Respectfully submitted,

*/s/ Sharon K Campbell*
Sharon K. Campbell
State Bar # 03717600
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/748-7778
Sharon@SharonKCampbell.com

1

CERTIFICATE OF SERVICE

 In keeping with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record

___ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

___ TELEPHONIC DOCUMENT TRANSFER (FAX)

___ FEDERAL EXPRESS

___ COURIER/RECEIPTED DELIVERY

___ REGISTERED MAIL/RETURN RECEIPT REQUESTED

___ HAND-DELIVERY (IN PERSON)

___ REGULAR MAIL

_X_ ELECTRONIC MAIL

DATED:   September 27, 2024

               /s/ Sharon K. Campbell