# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Kimberly Starling** <br> *Plaintiff* <br> v. <br> **Mara Day Spa LLC** <br> *Defendant* | Civil Action No. 4:24-cv-00917-P |

## AFFIDAVIT OF SERVICE

I, Raymond Mensah, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 4, 2024, at 1:43 pm. I delivered these documents to Mara Day Spa LLC in Dallas County, TX on October 7, 2024 at 3:42 pm at 2222 McKinney Avenue, unit 120, Dallas, TX 75201 by leaving the following documents with LEDIMARA PINNEY who as Registered Agent is authorized by appointment or by law to receive service of process for Mara Day Spa LLC.

Summons and PLAINTIFF'S CLASS ACTION COMPLAINT

Hispanic or Latino Female, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.7919721734,-96.8060751203
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Raymond Mensah, my date of birth is 5/21/1980, and my address is 326 Valley Park Drive, Garland, TX 75043, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>Dallas County</u>, <u>TX</u> on <u>10/9/2024</u>.

/s/ *Raymond Mensah*

Raymond Mensah
+1 (513) 223-2313
Certification Number: PSC-21621
Expiration Date: 6/30/2025



Exhibit 1a)