# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Kimberly Starling** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00917-P |
| ) | |
| **Mara Day Spa LLC, et al** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Ezenwa Gbaruko, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 8, 2024, at 12:46 pm. I delivered these documents to Gregory Smith in Dallas County, TX on November 8, 2024 at 3:59 pm at 6311 Turner Way, Dallas, TX 75230 by personal service by handing the following documents to an individual identified as Gregory Smith.

Additional Description:
I rang the bell and a young man opened the door, and I asked for Ledimara Pinney he said that she is inside and have requested him to get it on her behalf.

Male, est. age Unknown, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.9183548554,-96.7969766071

Total Cost: $95.00

My name is Ezenwa Gbaruko, my date of birth is 10/21/1982, and my address is 770 Gatewood Rd, Apt 256, Garland , TX 75043, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Dallas County    ,

  TX   on   11/14/2024  .

/s/ *Ezenwa Gbaruko*

Ezenwa Gbaruko
+1 (972) 449-8430
Certification Number: PSC-25212
Expiration Date: 10/31/2026