UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING, ET AL.,**

   Plaintiff,

v.                                                                              No. 4:24-cv-00917-P

**MARA DAY SPA LLC, ET AL.,**

   Defendants.

# ORDER

A limited liability company is not a natural person and therefore cannot appear pro se. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Fictional legal persons like limited liability companies may appear in court only through licensed legal counsel. *Shine TV Ltd. v. MasterChef LLC*, No. 3:24-CV-963-B-BN, 2024 WL 4229458 (N.D. Tex. Aug. 21, 2024), *report and recommendation adopted*, No. 3:24-CV-963-B, 2024 WL 4229300 (N.D. Tex. Sept. 18, 2024).

Defendant Ledimara Pinney appears to have attempted to sign Defendants' answer to Plaintiff's Complaint on behalf of Mara Day Spa LLC. ECF No. 12 at 5. Accordingly, within **30 days** of the date of this Order, Mara Day Spa LLC shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the striking of Pinney's signature on behalf of Mara Day Spa LLC from the answer without further notice.

**SO ORDERED** on this **20th day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE