UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

   Plaintiff,

v.                                                                                 No. 4:24-cv-00917-P

**MARA DAY SPA LLC,**

   Defendant.

## ORDER

The clerk entered default against Defendant Mara Day Spa, LLC. ECF No. 16. Accordingly, the Court **ORDERS** Plaintiff to move for default judgment against Mara Day Spa, LLC only **on or before February 6, 2025**. Otherwise, the Court may dismiss Plaintiff's action under Rule 41(b) for failure to prosecute. FED. R. CIV. P. 41(b).

Defendant Mara Day Spa is given notice that if it does not enter appearance of counsel, Plaintiff may be awarded a default judgment against it.

**SO ORDERED** on this **14th day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE