



Andrew Perrong <a@perronglaw.com>

## 26(f) Conference - Starling v. Mara Day Spa et al.
3 messages

**Andrew Perrong** <a@perronglaw.com>   Sun, Jan 5, 2025 at 11:42 AM
To: mara@marasmedspa.com, Greg Smith <gotechnow.greg@gmail.com>, Anthony Paronich <anthony@paronichlaw.com>

Ms. Pinney and Mr. Smith,

We write to seek some time this upcoming week for a 26(f) conference in this matter. Please advise as to your availability.

With Mara Day Spa's answer having been stricken from the record, we intend to move for a default judgment against Mara. Does Mara intend to retain counsel to cure the default?

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

**Andrew Perrong** <a@perronglaw.com>   Wed, Jan 8, 2025 at 7:38 PM
To: mara@marasmedspa.com, Greg Smith <gotechnow.greg@gmail.com>, Anthony Paronich <anthony@paronichlaw.com>

Hello,

We are following up on the below.

[Quoted text hidden]

**Andrew Perrong** <a@perronglaw.com>   Thu, Jan 23, 2025 at 3:52 PM
To: mara@marasmedspa.com, Greg Smith <gotechnow.greg@gmail.com>, Anthony Paronich <anthony@paronichlaw.com>

Hello,

I just called Ms. Pinney, which immediately went to voicemail, and left a message, and it appears Mr. Smith's number has been disconnected or blocked my number entirely. We are writing for the third time and following up on our previous calls to schedule a 26(f) conference in this matter. If we do not receive a response by tomorrow, we intend to note your lack of response and seek judicial intervention.

> On Wed, Jan 8, 2025 at 7:38 PM Andrew Perrong <a@perronglaw.com> wrote:
>> Hello,
>>
>> We are following up on the below.
>>
>> [Quoted text hidden]