IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MARA DAY SPA LLC, LEDIMARA PINNEY, and GREGORY SMITH<br><br>Defendants. | Case No.<br>**4:24-CV-00917-P**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING MOTION
TO COMPEL DEFENDANTS LEDIMARA PINNEY
AND GREGORY SMITH TO CONDUCT RULE 26(f) CONFERENCE
AND FOR SANCTIONS**

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Motion to Compel Defendants Ledimara Pinney and Gregory Smith to Conduct Rule 26(f) Conference, any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendants Ledimara Pinney and Gregory Smith are ORDERED to seek a mutually agreeable date to conduct their Rule 26(f) Conference with counsel for Plaintiff within THREE (3) DAYS of this Order.

- The Rule 26(f) Conference shall occur no later than FOURTEEN (14) DAYS of this ORDER.

- Defendants have breached the mandates of Rule 26(f)(1) to conduct the conference "as soon as practicable," necessitating the instant filing of the Motion and judicial intervention. As such, Defendants are SANCTIONED pursuant to and ordered to pay to

1

Plaintiff the Plaintiff's attorney's fees of $1,347.50 in bringing the motion, pursuant to Rules 37(a)(5)(A), (b)(2)(C), and/or (f), within THIRTY (30) DAYS of this Order.

_____

Hon. Mark T. Pittman, J.