UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

  Plaintiff,

v.   No. 4:24-cv-00917-P

**MARA DAY SPA LLC,**

  Defendant.

## ORDER

  Before the Court is Plaintiff's Motion to Compel Defendants Ledimara Pinney and Gregory Smith to Conduct Rule 26(f) Conference and for Sanctions. ECF No. 18. The Court hereby **SETS** a hearing on the Motion for **8:00 a.m. on Tuesday, February 4, 2025**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, TX 76102.

  **ALL** counsel and all parties, without exception, must attend.

  **SO ORDERED** on this **31st day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE