# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MARA DAY SPA LLC, LEDIMARA PINNEY, and GREGORY SMITH<br><br>Defendants. | Case No.<br>**4:24-CV-00917-P**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AVAILABILITY/UNAVAILABILITY

Counsel for Plaintiff, Kimberly Starling, respectfully file this Notice of Unavailability as follows:

1. Attorney Andrew Roman Perrong is available on Friday, February 7, 2025. Attorney Perrong will be unavailable on February 12, 13, or 14, 2025, as well as February 17, 2025.

2. Attorney Perrong is in the process of ascertaining the availability of Local Counsel, Sharon K. Campbell.[1]

3. Counsel for the Plaintiff has not heard from any of the Defendants regarding their intention to appear.

---

[1] Attorney Anthony Paronich signed the Complaint as counsel *pro hac vice* but has not yet filed that application. As such, Mr. Perrong and Ms. Campbell intend to appear at the hearing for the Plaintiff.

1

Dated: February 4, 2025

                                  */s/ Andrew Roman Perrong*
                                  Andrew Roman Perrong, Esq.
                                  Perrong Law LLC
                                  2657 Mount Carmel Avenue
                                  Glenside, Pennsylvania 19038
                                  Phone: 215-225-5529 (CALL-LAW)
                                  Facsimile: 888-329-0305
                                  a@perronglaw.com