UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

   Plaintiff,

v.   No. 4:24-cv-00917-P

**MARA DAY SPA LLC,**

   Defendant.

# ORDER

Although the Court's Order of January 29th clearly stated that "**ALL** counsel and all parties, without exception, must attend" today's hearing (ECF No. 19), only one of Plaintiff's attorneys of record appeared. Therefore, the Court **SETS** an in-person hearing on **Friday, February 7th, 2025 at 8:00 a.m.** for Plaintiff's counsel to **SHOW CAUSE** why they should not be sanctioned for violating the Court's order. (See the Court's previous order for the address.)

**SO ORDERED** on this **4th day of February 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE