# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>MARA DAY SPA LLC, LEDIMARA PINNEY, and GREGORY SMITH<br><br>       Defendants. | Case No.<br>**4:24-cv-00917-P**<br><br>**JURY TRIAL DEMANDED** |

## REVISED NOTICE OF AVAILABILITY/UNAVAILABILITY

  Counsel for Plaintiff, Kimberly Starling, respectfully files this Revised Notice of Unavailability as follows:

  1. Attorney Andrew Roman Perrong is available on Friday, February 7, 2025. Attorney Perrong will be unavailable on February 12, 13, or 14, 2025, as well as February 17, 2025.

  2. Local Counsel, Sharon K. Campbell, will be available on Friday, February 7 2025.

  3. Attorney Anthony Paronich, who also signed the original complaint but who has not yet entered his appearance in this matter, is otherwise unavailable as he is outside of the country through Saturday. As he is not yet counsel of record, counsel of record who have appeared, Andrew Perrong and Sharon Campbell, will appear, per the text of the Court's Order.

  4. Counsel for the Plaintiff has not heard from any of the Defendants regarding their intention to appear.

1

Dated: February 4, 2025

                                     */s/ Andrew Roman Perrong*
                                     Andrew Roman Perrong, Esq.
                                     Perrong Law LLC
                                     2657 Mount Carmel Avenue
                                     Glenside, Pennsylvania 19038
                                     Phone: 215-225-5529 (CALL-LAW)
                                     Facsimile: 888-329-0305
                                     a@perronglaw.com