# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> MARA DAY SPA LLC, LEDIMARA PINNEY, and GREGORY SMITH <br><br> Defendants. | Case No. **4:24-cv-00917-P** <br><br> **JURY TRIAL DEMANDED** |

## PROPOSED ORDER GRANTING MOTION TO CLARIFY/CONTINUE

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's to Clarify/Continue, any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- Mr. Paronich IS/IS NOT required to attend the hearing currently scheduled for February 7, 2025, and

- If Mr. Paronich is required to attend the hearing, he may either:
    - Attend virtually on February 7, 2025
    - OR The hearing is rescheduled for February 10, 2025. Mr. Paronich is also directed to attend in person.

_____

Hon. Mark T. Pittman, J.

1