UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

  Plaintiff,

v.                                        No. 4:24-cv-00917-P

**MARA DAY SPA LLC,**

  Defendant.

## ORDER

The hearing previously set for tomorrow, February 7, 2025, is hereby **CANCELED**, Plaintiff having voluntarily moved to dismiss her suit.

**SO ORDERED** on this **6th day of February 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE