UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

    Plaintiff,

v.

**No. 4:24-cv-00917-P**

**MARA DAY SPA, LLC, ET AL.,**

    Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **12th day of February 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE