U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 18 2025

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

MaraDaySpaLLC
2222 McKinney Ave Ste 120
Dallas, TX 75201

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBERLY STARLING,

    Plaintiff,

v.                                           No. 4:24-cv-00917-P

MARA DAY SPA LLC,

    Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Compel Defendants Ledimara Pinney and Gregory Smith to Conduct Rule 26(f) Conference and for Sanctions. ECF No. 18. The Court hereby **SETS** a hearing on the Motion for **8:00 a.m. on Tuesday, February 4, 2025**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, TX 76102.

**ALL** counsel and all parties, without exception, must attend.

**SO ORDERED** on this **31st day of January 2025.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Message-Id:<16071631@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00917-P Starling v. Mara Day Spa LLC Order
Setting Deadline/Hearing
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronically, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 1/31/2025 10:58 AM CST and filed
on 1/31/2025

Case Name: Starling v. Mara Day Spa LLC

Case Number: 4:24-cv-00917-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?394998

Filer:


Document Number: 19


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177117430654?caseid=394998&de_seq_num=52&magic_num=MAGIC



Docket Text:
ORDER: Before the Court is Plaintiff
's Motion to Compel Defendants Ledimara Pinney and Gregory Smith to
Conduct Rule 26(f ) Conference and for Sanctions. ECF No. [18]. The Court
hereby SETS a hearing on the Motion for 8:00 a.m. on Tuesday, February 4,
2025, in the Fourth Floor Courtroom of the Eldon B. Mahon United States
Courthouse,
501 W. 10th St., Fort Worth, TX 76102. ALL counsel and all parties, without
exception, must attend. (Ordered by Judge Mark Pittman on 1/31/2025) (wxc)



4:24-cv-00917-P Notice has been electronically mailed to:
Sharon K Campbell    sharon@sharonkcampbell.com
Anthony I Paronich    anthony@paronichlaw.com
Andrew Roman Perrong    a@perronglaw.com, perronglaw@recap.email



4:24-cv-00917-P Notice required by federal rule will be delivered by other

means (as detailed in the Clerk's records for orders/judgments) to:

Mara Day Spa LLC
2222 McKinney Ave Ste 120
Dallas, TX 75201

Gregory Smith
6311 Turner Way
Dallas, TX 75230

Ledimara Pinney
6311 Turner Way
Dallas, TX 75230

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=1/31/2025] [FileNumber=16071630-0]
[b51054173570d0318d49094165377dbf6b632663764f5755e9e29ef5aacc9ac645e3f1f7c1c4537
04889d788b0fd1039c3c39441dad66cbc86a8673cfec91011]]

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

LEGAL MAIL

31 JAN 2025 PM

RECEIVED
FEB 18 2025

US POSTAGE — PITNEY BOWES
ZIP 76102
02 7H
0006182885    $ 000.69⁰
JAN 31 2025

XIE    731   5E 1    0102/11/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 76102364185    *2432-01656-01-05