MaraDaySpaLLC
2222 McKinney Ave Ste 120
Dallas, TX 75201

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 19 2025

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

------------------------------

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBERLY STARLING, ET AL.,

   Plaintiff,

v.                                             No. 4:24-cv-00917-P

MARA DAY SPA LLC, ET AL.,

   Defendants.

## ORDER

A limited liability company is not a natural person and therefore cannot appear pro se. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Fictional legal persons like limited liability companies may appear in court only through licensed legal counsel. *Shine TV Ltd. v. MasterChef LLC*, No. 3:24-CV-963-B-BN, 2024 WL 4229458 (N.D. Tex. Aug. 21, 2024), *report and recommendation adopted*, No. 3:24-CV-963-B, 2024 WL 4229300 (N.D. Tex. Sept. 18, 2024).

Defendant Ledimara Pinney appears to have attempted to sign Defendants' answer to Plaintiff's Complaint on behalf of Mara Day Spa LLC. ECF No. 12 at 5. Accordingly, within **30 days** of the date of this Order, Mara Day Spa LLC shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the striking of Pinney's signature on behalf of Mara Day Spa LLC from the answer without further notice.

**SO ORDERED** on this **20th day of November 2024.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Message-Id:<15938249@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00917-P Starling v. Mara Day Spa LLC Order
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if
receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

Notice of Electronic Filing

The following transaction was entered on 11/20/2024 4:54 PM CST and filed on 11/20/2024

Case Name: Starling v. Mara Day Spa LLC

Case Number: 4:24-cv-00917-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?394998

Filer:


Document Number: 13


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177117282355?caseid=394998&de_seq_num=33&magic_num=MAGIC


Docket Text:
ORDER: Defendant Ledimara Pinney appears to have attempted to sign Defendants' answer to Plaintiff's Complaint on behalf of Mara Day Spa LLC. ECF No. [12] at 5. Accordingly, within 30 days of the date of this Order, Mara Day Spa LLC shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the striking of Pinneys signature on behalf of Mara Day Spa LLC from the answer without further notice. (Ordered by Judge Mark Pittman on 11/20/2024) (wxc)



4:24-cv-00917-P Notice has been electronically mailed to:
Sharon K Campbell    sharon@sharonkcampbell.com
Anthony I Paronich    anthony@paronichlaw.com
Andrew Roman Perrong    a@perronglaw.com, perronglaw@recap.email



4:24-cv-00917-P Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=11/20/2024] [FileNumber=15938248-0]
[b6035ef762d40bf23fd010bf734948a8a37c732123fcd547622b5f343ddf2e04c0fa2e89961b125
75f379096a2b66fc5c6b5047842f134ffe7c59a07b26cd93e]]

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

LEGAL MAIL

X-RAY



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 76102
02 7H
0006182885   $ 000.69⁰
NOV 21 2024

FEB 1

NIXIE    731   DE 1          0002/11/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 76102364185    *2034-04791-23-46