MaraDaySpaLLC
2222 McKinney Ave Ste 120
Dallas, TX 75201



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBERLY STARLING,

    Plaintiff,

v.                                                      No. 4:24-cv-00917-P

MARA DAY SPA LLC,

    Defendant.

## ORDER

The clerk entered default against Defendant Mara Day Spa, LLC. ECF No. 16. Accordingly, the Court **ORDERS** Plaintiff to move for default judgment against Mara Day Spa, LLC only **on or before February 6, 2025**. Otherwise, the Court may dismiss Plaintiff's action under Rule 41(b) for failure to prosecute. FED. R. CIV. P. 41(b).

Defendant Mara Day Spa is given notice that if it does not enter appearance of counsel, Plaintiff may be awarded a default judgment against it.

**SO ORDERED** on this **14th day of January 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Message-Id:<16032957@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00917-P Starling v. Mara Day Spa LLC Order
Setting Deadline/Hearing
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 1/14/2025 11:04 AM CST and filed
on 1/14/2025

Case Name: Starling v. Mara Day Spa LLC

Case Number: 4:24-cv-00917-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?394998

Filer:


Document Number: 17


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177117387328?caseid=394998&de_seq_num=45&magi
c_num=MAGIC



Docket Text:
ORDER: The clerk entered default against
Defendant Mara Day Spa, LLC. ECF No. [16]. Accordingly, the Court ORDERS
Plaintiff to move for default judgment against Mara Day Spa, LLC only on
or before February 6, 2025. Otherwise, the Court may dismiss Plaintiff's
action under Rule 41(b) for failure to prosecute. FED. R. CIV. P. 41(b).
(Ordered by Judge Mark Pittman on 1/14/2025) (wxc)



4:24-cv-00917-P Notice has been electronically mailed to:
Sharon K Campbell  sharon@sharonkcampbell.com
Anthony I Paronich  anthony@paronichlaw.com
Andrew Roman Perrong  a@perronglaw.com, perronglaw@recap.email



4:24-cv-00917-P Notice required by federal rule will be delivered by other
means (as detailed in the Clerk's records for orders/judgments) to:

Mara Day Spa LLC
2222 McKinney Ave Ste 120
Dallas, TX 75201

Gregory Smith
6311 Turner Way
Dallas, TX 75230

Ledimara Pinney
6311 Turner Way
Dallas, TX 75230

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=1/14/2025] [FileNumber=16032956-0]
[97b58ca86e94192eb3aa3437cde7b5789716bfd8bfc0cef1bc35064f92f403d7f5a494b24211ad3
38396a5ce0e871be1b69053cb01476cc1364a9fadf2657141]]



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

NIXIE         731   DE 1         0002/11/25
    RETURN TO SENDER
       UNCLAIMED
    UNABLE TO FORWARD

BC: 76102364185    *2534-02393-14-45
76102>3641
75201-19164